UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CANDIDA DIAZ, ET AL.,

               Plaintiffs,        25-cv-1241 (JGK)

    - against -                 ORDER

MELISSA AVILES-RAMOS, ET AL.,

               Defendants.

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by **May 1, 2025**.

SO ORDERED.

Dated:    New York, New York
          April 17, 2025

                                          /s/ John G. Koeltl
                                          John G. Koeltl
                                 United States District Judge