**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
CANDIDA DIAZ, INDIVIDUALLY AND AS
PARENT AND NATURAL GUARDIAN OF N.D.,

                     Plaintiffs,

        -against-                                        25 **CIVIL** 1241 (JGK)

                                             **JUDGMENT**

NEW YORK CITY DEPARTMENT OF
EDUCATION, ET AL.,

                     Defendants.
-----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated March 19, 2026, the Court has considered all of the parties' arguments. To the extent not specifically addressed, those arguments are either moot or without merit. For the foregoing reasons, Diaz's motion for summary judgment is denied, and the DOE's cross-motion dismissing the entirety of Diaz's complaint is granted. Judgment is entered dismissing the complaint with prejudice; accordingly, the case is closed.

**Dated:** New York, New York

      March 20, 2026

                                       **TAMMI M. HELLWIG**
                                  _____
                                        **Clerk of Court**

                **BY:**               K. Mango
                                    _____
                                        **Deputy Clerk**